UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIGI ABREU, Individually, and On Behalf of All Others
Similarly Situated,

                                        Plaintiff,

            -v-

IT'S A NEW 10, LLC,

                                        Defendant.

CIVIL ACTION NO.: 22 Civ. 1103 (PGG) (SLC)

**ORDER TO INITIATE DEFAULT
PROCEEDINGS**

**SARAH L. CAVE,** United States Magistrate Judge:

        This action has been referred to the undersigned for General Pretrial Supervision.  (ECF

No. 5).  The Complaint in this action was served on February 28, 2022, with Defendant It's a New

10, LLC's Answer due on March 22, 2022.  (See ECF No. 6).  No Answer having been filed on the

docket, Plaintiff is hereby ORDERED to request a Certificate of Default from the Clerk of Court by

**Monday, April 4, 2022** and to file a Motion for Default Judgment in accordance with the

Individual Practices of the Honorable Paul G. Gardephe, Rule 55 of the Federal Rules of Civil

Procedure, and S.D.N.Y. Local Rule 55 by no later than **Monday, April 11, 2022**.


Dated:         New York, New York
               March 28, 2022

                              SO ORDERED.

                              _____
                              SARAH L. CAVE
                              **United States Magistrate Judge**